UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:18-cr-00468 |
| Plaintiff, | : | |
| v. | : | OPINION & ORDER |
| | : | [Resolving Doc. 27] |
| CORTEZ DIGGS, | : | |
| Defendant. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Finding that Defendant Cortez Diggs does not raise extraordinary and compelling reasons and the 18 U.S.C. § 3553 factors weigh against a sentence reduction, the Court **DENIES** Defendant's compassionate release motion.

In arguing extraordinary and compelling grounds for release, Defendant Diggs largely focuses on the ongoing COVID-19 pandemic.[1] Diggs—who suffers from asthma, immune deficiency, and has been diagnosed as pre-diabetic—was infected with COVID-19 in 2020.[2] He appears to have since recovered.[3] The pandemic has also subjected him to harsh prison conditions.[4]

However, the Sixth Circuit has determined that "when the defendant has access to the COVID-19 vaccine, a defendant's incarceration during the COVID-19 pandemic does

---

[1] Doc. 27 at 6–9.
[2] *Id.* at 8.
[3] *Id.*
[4] *Id.* at 7.

Case No. 1:18-cr-00468
GWIN, J.

not present an 'extraordinary and compelling reason' warranting a sentence reduction."[5] Diggs has been fully vaccinated,[6] and cannot overcome this Sixth Circuit limitation.

Diggs also puts forward his rehabilitative record.[7] While Defendant's efforts are commendable, Congress has barred the consideration of the "[r]ehabilitation of the defendant alone" as an extraordinary or compelling reason.[8]

The § 3553 factors also weigh against a sentence reduction. Defendant has served a relatively short portion of his below-Guidelines 170-month prison sentence.[9] Given the repeat nature of Diggs's offenses, the Court continues to find that its February 2019-imposed sentence is appropriate.

IT IS SO ORDERED.

Dated: February 4, 2022            *s/    James S. Gwin*
                                   JAMES S. GWIN
                                   UNITED STATES DISTRICT JUDGE

---

[5] *United States v. McCall*, 20 F.4th 1108, 1114 (6th Cir. 2021) (citing *United States v. Lemons*, 15 F.4th 747, 751 (6th Cir. 2021) (internal citations omitted).
[6] Doc. 27 at 8.
[7] *Id.* at 9–10.
[8] 28 U.S.C. § 994(t); *United States v. Jones*, 980 F.3d 1098, 1109 n.16 (6th Cir. 2020).
[9] Doc. 25 at 16.